IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-159-RJC
(3:06-cr-00151-RJC-1)

| | |
|---|---|
| GIUSEPPE PILEGGI, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court for consideration of the Government's Response to Petitioner's pro se § 2255 Motion to Vacate. In its Response, the Government contends that Petitioner's arguments are without merit and that his § 2255 Motion to Vacate should be dismissed. Petitioner is notified that he may file a reply to the Government's response within 21-days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that Petitioner may have 21-days from entry of this Order to file a reply to the Government's Response. (Doc. No. 6).

**SO ORDERED.**

Signed: October 2, 2015

Robert J. Conrad, Jr.
United States District Judge